United States Bankruptcy Court
Eastern District of Tennessee

In re:  
Mark A. Wilkerson  
Cynthia D. Wilkerson  
  Debtors

Case No. 14-30709-SHB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0649-3    User: bolinl    Page 1 of 1    Date Rcvd: Jun 28, 2018  
         Form ID: b2100b    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2018.  
db/jdb    +Mark A. Wilkerson,   Cynthia D. Wilkerson,   5607 Karen Lane,   Knoxville, TN 37918-4114  
cr      +Wells Fargo Bank, N.A.,   3476 Stateview,   Fort Mill, SC 29715-7200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr      E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2018 21:21:46   JEFFERSON CAPITAL SYSTEMS LLC,  
      PO BOX 7999,   ST CLOUD, MN 56302-9617  
12138371   +E-mail/Text: cmecf@dilksknopik.com Jun 28 2018 21:22:34   Dilks & Knopik, LLC,  
      35308 SE Center Street,   Snoqualmie, WA 98065-9216  
10522243   +E-mail/Text: support@lawcollect.com Jun 28 2018 21:22:10   Gault Financial,  
      c/o Thompson and Booth,   6914 Office Park Circle,   Knoxville, TN 37909-1161  
                              TOTAL: 3

    ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr      Dilks & Knopik, LLC as assignee of Gault Financial  
                             TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2018 at the address(es) listed below:  
   Gail F. Wortley   on behalf of Joint Debtor Cynthia D. Wilkerson mwortley@knology.net, mlawing89@gmail.com  
   Gail F. Wortley   on behalf of Debtor Mark A. Wilkerson mwortley@knology.net, mlawing89@gmail.com  
   Gwendolyn M Kerney   ECFKnoxville@trustee13.com, trustee13@ch13etn.com  
   Holly Schumpert   on behalf of Creditor Dilks & Knopik, LLC as assignee of Gault Financial, LLC holleyschumpert@att.net  
   Joel W. Giddens   on behalf of Creditor Wells Fargo Bank, N.A. EDECF@wilson-assoc.com, EDECF@ecf.courtdrive.com  
   Matthew Thomas Tuck   on behalf of Creditor Wells Fargo Bank, N.A. mtuck@matthewtucklaw.com, mtucklaw@yahoo.com  
   United States Trustee   Ustpregion08.kx.ecf@usdoj.gov  
                                TOTAL: 7

2100B (12/15)

# United States Bankruptcy Court
Eastern District of Tennessee

Case No. 3:14−bk−30709−SHB
Chapter 13

In re: Debtor(s) (Including Name and Address)

Mark A. Wilkerson
5607 Karen Lane
Knoxville, TN 37918

Cynthia D. Wilkerson
5607 Karen Lane
Knoxville, TN 37918

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 16 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 6/27/2018.

Pursuant to Fed. R. Bankr. P. 3001(e), any objections to this transfer must be filed with the

**United States Bankruptcy Court**
**Howard H. Baker Jr. U.S. Courthouse**
**Suite 330, 800 Market Street**
**Knoxville, TN 37902**

| Name and Address of Alleged Transferor | Name and Address of Transferee |
|---|---|
| Gault Financial<br>c/o Thompson and Booth<br>6914 Office Park Circle<br>Knoxville, TN 37909 | Dilks & Knopik, LLC<br>35308 SE Center Street<br>Snoqualmie, WA 98065 |

−−DEADLINE TO OBJECT TO TRANSFER−−

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: 6/28/18

William T. Magill
**CLERK OF THE COURT**