United States Bankruptcy Court
Eastern District of Tennessee

In re:  
Mark A. Wilkerson  
Cynthia D. Wilkerson  
    Debtors

Case No. 14-30709-SHB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0649-3      User: bolinl      Page 1 of 1      Date Rcvd: Jul 06, 2018  
                      Form ID: pdfbk      Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
```
db/jdb         +Mark A. Wilkerson,    Cynthia D. Wilkerson,    5607 Karen Lane,    Knoxville, TN 37918-4114
               +Gault Financial, LLC,    c/o Steve Harb, CEO,    3410 Lake View Dr,    Knoxville, TN 37919-6667
               +US Attorney,    800 Market Street, Suite 211,    Knoxville, TN 37902-2342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: cio.bncmail@irs.gov Jul 06 2018 20:35:40      Internal Revenue Service,
                 P. O. Box   21126,    Philadelphia,, PA   19114
                +E-mail/Text: ustpregion08.kx.ecf@usdoj.gov Jul 06 2018 20:36:30      US Trustee,
                 800 Market Street, Suite 114,    Howard H. Baker Jr US Courthouse,    Knoxville, TN 37902-2303
12138371       +E-mail/Text: cmecf@dilksknopik.com Jul 06 2018 20:37:03      Dilks & Knopik, LLC,
                 35308 SE Center Street,    Snoqualmie, WA 98065-9216
10522243       +E-mail/Text: support@lawcollect.com Jul 06 2018 20:36:45      Gault Financial,
                 c/o Thompson and Booth,    6914 Office Park Circle,    Knoxville, TN 37909-1161
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
```
          Gail F. Wortley    on behalf of Joint Debtor Cynthia D. Wilkerson mwortley@knology.net,
           mlawing89@gmail.com
          Gail F. Wortley    on behalf of Debtor Mark A. Wilkerson mwortley@knology.net,    mlawing89@gmail.com
          Gwendolyn M Kerney    ECFKnoxville@trustee13.com,    trustee13@ch13etn.com
          Holly Schumpert    on behalf of Creditor    Dilks & Knopik, LLC as assignee of Gault Financial,
           LLC holleyschumpert@att.net
          Joel W. Giddens    on behalf of Creditor    Wells Fargo Bank, N.A. EDECF@wilson-assoc.com,
           EDECF@ecf.courtdrive.com
          Matthew Thomas Tuck    on behalf of Creditor    Wells Fargo Bank, N.A. mtuck@matthewtucklaw.com,
           mtucklaw@yahoo.com
          United States Trustee    Ustpregion08.kx.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

**SO ORDERED.**
**SIGNED this 5th day of July, 2018**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
_____

| | |
|---|---|
| In re: Mark A. Wilkerson and Cynthia D. Wilkerson<br>Debtors | Case No. 14-30709-SHB<br>Chapter 13<br>Judge: Suzanne H. Bauknight |

_____

ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS
_____

    In the case in the instant matter before the court arises out of a motion filed by movant-claimant, Dilks & Knopik, LLC, as assignee of Gault Financial ("Movant"), who asserts entitlement to certain monies previously paid to the court registry fund in accordance with the statutory procedures established in 11 U.S.C. §347. See also 28 U.S.C. §§2041 and 2042 and the September 9, 1996 Memorandum of the Administrative Office of the United State Courts regarding "Unclaimed Monies n Bankruptcy Cases."
    After notice and opportunity for a hearing and based on the case record as a whole, the court grants this motion, as it is satisfied that the movant is entitled to receive funds in the amount of $4,122.53.

**IT IS SO ORDERED:**

1. Movant's motion is hereby granted.
2. The Bankruptcy Court Clerk is hereby authorized to make payments to movant, Dilks & Knopik, LLC, as assignee of Gault Financial, 35308 SE Center St., Snoqualmie, WA 98065 in accordance with the foregoing.

###

APPROVED:

/s/ Holly W. Schumpert
Holly W. Schumpert (#15658)
2552 Poplar Ave., Suite 4F
Memphis, TN 38112
(901) 323-9000
holleyschumpert@att.net

cc:
U.S. Attorney's Office, 800 Market St., Suite 211, Knoxville, TN 37902

U.S. Trustee, 800 Market St., Suite 114, Howard H. Baker Jr. U.S. Court House, Knoxville, TN 37902

Gault Financial, c/o Thompson & Booth, 6914 Office Park Circle, Knoxville, TN 37909

Gault Financial, LLC, c/o Steve Harb, CEO, 3410 Lake View Dr., Knoxville, TN 37919

Dilks & Knopik, LLC, assignee of Gault Financial, 35308 SE Center St., Snoqualmie, WA 98065

Mark A. Wilkerson and Cynthia D. Wilkerson, 5607 Karen Ln., Knoxville, TN 37918

Mark A. Wilkerson and Cynthia D. Wilkerson, c/o Gail F. Wortley, 3715 Powers St., Knoxville, TN 37917

Gwendolyn M. Kearney, Case Trustee, P.O. Box 228, Knoxville, TN

Attorney for movant, Holly W. Schumpert, 2552 Poplar Ave., Suite 4F, Memphis, TN 38112

This Order was signed and entered electronically as indicated at the top of the first page.