**SO ORDERED.**
**SIGNED this 9th day of April, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | Mark A. Wilkerson<br>5607 KAREN LANE<br>KNOXVILLE, TN  37918<br>SS#: xxx-xx- 2032 | #14-30709-SHB<br><br><br>Chapter 13 |
| **TO:** | Exedy America Corporation<br>P.O. Box 8<br>Mascot, TN 37806 | **Attn: Payroll Department** |

**ORDER VACATING ORDER FOR DEDUCTIONS FROM DEBTOR'S WAGES**

For administration purposes, it is hereby **ORDERED** that the wage order issued to the above employer on or about February 25, 2016 is hereby **VACATED** and the employer shall not remit any further funds from the debtor's wages to the Chapter 13 Trustee Office.

# # #

**APPROVED FOR ENTRY**:

s/ Gwendolyn M. Kerney
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901
(865) 524-4995

cc:    Attorney for Debtor(s)
       Employer