IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION

IN RE:  MARK A. WILKERSON,              CASE NUMBER:  3:14-BK-30709-SHB
         CYNTHIA D. WILKERSON,                            Chapter 13

Debtors,

### WITHDRAWAL OF MOTION OF DEBTORS, MARK A. WILKERSON AND CYNTHIA D. WILKERSON, FOR RELEASE OF JUDGMENT LIEN HELD BY GAULT FINANCIAL

Come the Debtors, Mark A. Wilkerson and Cynthia D. Wilerkson, by and through counsel and withdraws document 131, Motion by Debtor, Mark A. Wilkerson and Cynthia D. Wilkerson for Release of Judgment Lien held by Gault Financial

Respectfully Submitted this the 12th day of July, 2019.

    s/ GAIL F. WORTLEY
GAIL F. WORTLEY #001230
ATTORNEY FOR DEBTORS
3715 Powers Street
Knoxville, TN  37917
(865) 688-8922

### CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing Withdrawal has been forward to Gwendolyn M. Kerney, Chapter 13 Trustee, P.O. Box 228, Knoxville, TN  37901, Tiffany Diliorio, Attorney for U.S. Trustee, 800 Market Street, Suite 114, Knoxville, TN  37902Gault Financial, c/o Thompson and Booth, 6914 Office Park Circle, Knoxville, TN  37919 and Gault Financial, c/o Dilks and Knopik, LLC 35308 SE Center Street, Snoqualmie, WA  98065 by  U.S. Mail, postage prepaid, this the  8th day of July, 2019.

s/ GAIL F. WORTLEY
GAIL F. WORTLEY